UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
Eastern Division

| | | |
|---|---|---|
| NORTH AMERICAN COMPANY FOR LIFE AND HEALTH INSURANCE<br>8300 Mills Civic Parkway<br>West Des Moines, IA 50266<br>   Plaintiff,<br><br>  v.<br><br>EDWARD WASHINGTON<br>1939 A Cambria Drive<br>Greenville, NC 27834<br>   Defendant. | : : : : : : : : : | Case No. 4:23-cv-00082-FL |

## **CLERK'S ENTRY OF DEFAULT**

Based upon Plaintiff North American Company's Application for Entry of Default, the Declaration of Jonathan Todt submitted therewith, and the filings referenced therein, Defendant Edward Washington is in default for failure to plead or otherwise defend in this civil action as provided by Federal Rules of Civil Procedure 55(a).

DEFAULT IS HEREBY ENTERED against Edward Washington.

Date: __8-10__, 2023

                     _____
                     Peter A. Moore, Jr., Clerk of Court

1