UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
Eastern Division

| | |
|---|---|
| NORTH AMERICAN COMPANY FOR LIFE AND HEALTH INSURANCE<br>8300 Mills Civic Parkway<br>West Des Moines, IA 50266<br>　　　　Plaintiff,<br><br>　　v.<br><br>EDWARD WASHINGTON<br>1939 A Cambria Drive<br>Greenville, NC 27834<br>　　　　Defendant. | Case No. 4:23-cv-00082-FL |

## ORDER

On September 5, 2023, Plaintiff North American Company for Life and Health Insurance ("North American") filed the Motion For Entry Of Default Judgment against Defendant Edward Washington. Having reviewed the Motion and the record, the Court has considered the information and authority set forth in the Motion and finds sufficient for the exercise of the Court's authority to enter a judgment.

IT IS THEREFORE ORDERED that pursuant to North Carolina law, North American Policy LB42162425, originally issued to Edward Washington on October 16, 2021, is void *ab initio*, as it was issued by North American in reliance upon material misrepresentations made by Mr. Washington, and that the material misrepresentations constitute grounds for rescission of the Policy by North American.

　　SO ORDERED.

DEFAULT JUDGMENT IS HEREBY ENTERED against Edward Washington.

Date: September 27, 2023

_____
LOUISE W. FLANAGAN
United States District Judge

1