UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| NORTH AMERICAN COMPANY FOR LIFE AND HEALTH INSURANCE )<br>)<br>Plaintiff, )<br>)<br>) | |
| ) | **DEFAULT JUDGMENT** |
| v. ) | |
| ) | No. 4:23-CV-82-FL |
| EDWARD WASHINGTON )<br>Defendant. ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge on plaintiff's motion for default judgment.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered June 1, 2023, for the reasons set forth more specifically therein, that pursuant to North Carolina law, North American Policy LB42162425, originally issued to Edward Washington on October 16, 2021, is void *ab initio*, as it was issued by North American in reliance upon material misrepresentations made by Mr. Washington, and that the material misrepresentations constitute grounds for rescission of the Policy by North American.

**This Judgment Filed and Entered on September 27, 2023, and Copies To:**
Jonathan H. Todt (via CM/ECF Notice of Electronic Filing)

September 27, 2023            PETER A. MOORE, JR., CLERK

                                                  /s/ Sandra K. Collins
                                                (By) Sandra K. Collins, Deputy Clerk